UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERRY JAMES CLARK,

Plaintiff,

v.

PERRY RUSSELL, *et al.*,

Defendants.

Case No.  3:21-cv-00277-LRH-CLB

**ORDER**

## I.   DISCUSSION

On June 21, 2021, Plaintiff, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1.)

On July 29, 2021, following confirmation from the NDOC inmate database that Plaintiff Terry James Clark (#89533) had passed away on July 9, 2021, the Court issued an order allowing a 90-day period from the date of that order for a motion for substitution to be filed by any party or by the decedent's successor or representative.  (ECF No. 5.)

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution.  As such, the Court dismisses the case.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

/ / /

/ / /

1    IT IS FURTHER ORDERED that the Clerk of the Court will enter judgment
2  accordingly and close the case.
3    DATED:  November 9, 2021.

4

5  _____
   LARRY R. HICKS
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28